**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                          **CIVIL CASE NO.: 5:25-CV-5161**
                               **CRIMINAL CASE NO.: 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                          **DEFENDANT**

## VIDEO CONFERENCING ORDER

This case is scheduled for a Motion Hearing on **Wednesday, April 15, 2026 at 3:00 p.m. CST**. The hearing will be conducted by video conference (TEAMS) and is expected to last **two (2) hours**.

The Warden, FCI Seagoville, 2113 North Highway 175, Seagoville, Texas, 75159, is hereby ordered to produce the body of **Joshua James Duggar #42501-509**, VIA TEAMS VIDEO CONFERENCE, to attend the above-mentioned hearing.

**The District Clerk is directed to FedEx a certified copy of this order to the Warden, FCI Seagoville, 2113 North Highway 175, Seagoville, Texas, 75159.** The Warden is asked to notify the individual or individuals in charge of video conferencing or information technology (IT) at FCI Seagoville where Defendant/Movant is currently housed of this scheduled video conference hearing. To ensure that the necessary equipment is in place at the facility, the facility IT person is asked to contact derrick_ballentine@arwd.uscourts.gov and tech@arwd.uscourts.gov to coordinate this hearing.

To ensure the best quality video for this hearing, Defendant/Movant should be: seated with a microphone nearby; in a room with no visible cell doors, bars, or barriers; in a room that does not have an excessive echo; in an area free from the distraction of other inmates and/or unnecessary noise; and in a room where the primary light source is not behind the Defendant/Movant. In addition, the camera should be positioned to provide a close-up head and shoulders view of the Defendant/Movant.

IT IS SO ORDERED this 6th day of April, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

2